

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SARAH SERPA, et al., | ) | 3:18-CV-0228-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | July 17, 2018 |
| STRADA PROPERTIES, LLC, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed an application to proceed *in forma pauperis*. In her application, plaintiff listed income from child support and Social Security Insurance in the amount of $1234.00 with expenses of $1220.00. (ECF No. 1). Plaintiff has included the income of another person who is contributing to her support whose income is $1715.00 with expenses of $1704.00 (ECF No. 1). For good cause appearing, plaintiff's request to proceed *in forma pauperis* (ECF No. 1) is GRANTED.

IT IS ORDERED that the clerk of the court shall file the complaint. The movant herein is permitted to maintain this action to conclusion without the necessity of prepayment of fees or costs or the giving of security therefor. This order granting *in forma pauperis* status shall not extend to the issuance of subpoenas at government expense.

IT IS FURTHER ORDERED that the clerk of the court shall issue summons to Strada Properties, LLC, and Steven Kauffman. The clerk shall deliver the summons and sufficient copies of the complaint to the U.S. Marshal for service. The clerk shall send plaintiff sufficient

copies of service of process forms (USM-285) for each defendant. Plaintiff shall have twenty (20) days in which to return to the required forms USM-285 to the U.S. Marshal at 400 S. Virginia Street, 2nd Floor, Reno, Nevada 89501.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
Deputy Clerk