UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SARAH SERPA, an individual;
WAYNE CALDWELL, JR., an
individual; and Z.H., a minor, by
and through his next friend and parent,
SARAH SERPA,

Plaintiffs,

vs.

STRADA PROPERTIES, LLC, a Nevada
limited liability company; and STEVEN
KAUFFMAN, an individual,

Defendants.

CASE NO: 3:18-CV-228-LRH-CBC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED** by and between the Plaintiffs and Defendants (collectively "the parties"), by and through their respective counsel, that the above-entitled action may be dismissed with prejudice.

The parties have entered into this Stipulation for Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a Settlement Agreement and Mutual Release of All Claims that has been executed by the parties. Pursuant to the terms of the Settlement Agreement and Mutual Release of All Claims, the parties shall bear their own attorney's fees and costs.

DATED this 24 day of April, 2019.

NEVADA LEGAL SERVICES, INC.

By_____
STEPHANIE LITTLE, ESQ.
204 Marsh Avenue, Suite 101
Reno, Nevada 89509
Attorney for Plaintiffs

DATED this 2v1 day of April, 2019.

ERICKSON, THORPE & SWAINSTON, LTD.

By_____
JOHN C. BOYDEN, ESQ.
P.O. Box 3559
Reno, Nevada 89505
Attorneys for Defendants

SEE NEXT PAGE FOR ORDER

IT IS SO ORDERED.

DATED this 29th day of April, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE